# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| SCOTT LEVY, CHRISTOPHER KLUCSARITS AND MICHAEL SANDERS, individually and on behalf of all other similarly-situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> WORLD WRESTLING ENTERTAINMENT, INC., <br><br> Defendant. | CIVIL ACTION NO. _____ <br><br> AUGUST 22, 2008 |

## DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC.'S STATEMENT PURSUANT TO STANDING ORDER ON REMOVED CASES

Pursuant to the United Stated District Court for the District of Connecticut's Standing Order On Removed Cases, defendant World Wrestling Entertainment, Inc. ("WWE") hereby states the following:

1. Defendant WWE first received a copy of the summons and complaint in the state court action on July 24, 2008.

2. Defendant WWE was also served with a copy of said summons and complaint on July 24, 2008.

3. Defendant WWE filed its Notice of Removal within thirty (30) days of receiving a copy of the summons and complaint. Defendant WWE first received a copy of the summons and complaint on July 24, 2008. Defendant WWE filed its Notice of Removal on August 22, 2008.

- 2 -

4.  There are no additional defendants to the present action and, therefore, there are no defendants who were served with the summons and complaint before Defendant WWE filed its notice of removal and who did not join in said Notice of Removal.

Respectfully submitted,

WORLD WRESTLING ENTERTAINMENT, INC.,

By its attorneys,

_____
Felix J. Springer (ct05070)
Stanley A. Twardy, Jr. (ct05096)
Douglas W. Bartinik (ct26196)
fjspringer@daypitney.com
stwardy@daypitney.com
dwbartinik@daypitney.com
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT  06103
(860) 275-0184 – Telephone
(860) 275-0343 – Facsimile

Of Counsel:

Jerry S. McDevitt
jerry.mcdevitt@klgates.com
Richard W. Hosking
richard.hosking@klgates.com
K&L GATES LLP
535 Smithfield Street
Pittsburgh, PA  15222
(412) 355-6500 –Telephone
(412) 355-6501 – Facsimile

R. Bruce Allensworth
bruce.allensworth@klgates.com
Robert W. Sparkes, III
robert.sparkes@klgates.com
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111
(617) 261-3100 – Telephone
(617) 261-3750 – Facsimile

## CERTIFICATE OF SERVICE

      I hereby certify that on August 22, 2008, I served a true copy of the foregoing document by first-class United States mail, postage prepaid, upon the following:

Counsel for Plaintiffs:

David S. Golub
Jonathan M. Levine
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
P.O. Box 389
Stamford, CT  06904

                                              _____
                                              Douglas W. Bartinik