UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SCOTT LEVY, CHRISTOPHER KLUCSARITS AND MICHAEL SANDERS, individually and on behalf of all other similarly-situated individuals,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>　　　　　　Defendant. | CIVIL ACTION NO. 3:08-01289 (PCD)<br><br>September 29, 2008 |

## WORLD WRESTLING ENTERTAINMENT INC.'S MOTION TO DISMISS

NOW comes Defendant, World Wrestling Entertainment, Inc. ("WWE"), pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss the Complaint in its entirety for the following reasons:

1. The Complaint fails to state a claim upon which relief can be granted.

2. All of Plaintiffs' claims are barred by applicable statutes of limitations.

3. The claims are an impermissible attempt to circumvent federal and state tax law, neither of which grants a private right of action.

4. The claims are preempted by the Employee Retirement Income Security Act ("ERISA").

5. The Plaintiffs have failed to exhaust administrative remedies.

6. Plaintiffs lack standing to assert putative class claims on behalf of absent class members.

A Memorandum in Support of this Motion to Dismiss filed this day sets forth in full the more specific arguments and authorities in support of this Motion.

Respectfully submitted,

WORLD WRESTLING ENTERTAINMENT, INC.

　　/s/ Douglas W. Bartinik_____
Jerry S. McDevitt (ct11783)
jerry.mcdevitt@klgates.com
Richard W. Hosking (ct18265)
richard.hosking@klgates.com
K&L GATES LLP
535 Smithfield Street
Pittsburgh, PA 15222
(412) 355-6500 (telephone)
(412) 355-6501 (facsimile)


Felix J. Springer (ct05070)
Stanley A. Twardy (ct05096)
Douglas W. Bartinik (ct26196)
fjspringer@daypitney.com
satwardy@daypitney.com
dwbartinik@daypitney.com
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103
(860) 275-0184 (telephone)
(860) 275-0343 (facsimile)

## **CERTIFICATE OF SERVICE**

       I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 29, 2008.

       /s/ Douglas W. Bartinik
       Douglas W. Bartinik