UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SCOTT LEVY, CHRISTOPHER KLUCSARITS, and MICHAEL SANDERS, individually, and on behalf of all other similarly situated individuals, | : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | NO. 3:08cv1289(PCD) |
| WORLD WRESTLING ENTERTAINMENT, INC. | : : : | |
| Defendant. | : | NOVEMBER 24, 2008 |

**MOTION FOR EXTENSION OF TIME**

Plaintiffs, through counsel, pursuant to Local Rule 7(b), respectfully request a two-day extension of time through and including November 26, 2008 within which to file plaintiffs' opposition to defendant's Motion to Dismiss. Plaintiffs' opposition to defendant's Motion is substantially complete but will not be finalized for filing with the Court by the current deadline of November 24. The brief extension requested is reasonably necessary to enable plaintiffs to fully present their arguments in response to the Motion.

This is plaintiff's third motion for an extension of time directed to this deadline. Jerry McDevitt, Esq., counsel for defendant, objects to the granting of this Motion.

        PLAINTIFFS SCOTT LEVY, CHRISTOPHER KLUCSARITS, and MICHAEL SANDERS, individually, and on behalf of all other similarly situated,

BY       /s/
    DAVID S. GOLUB ct00145
    SILVER GOLUB & TEITELL LLP
    184 ATLANTIC STREET
    P.O. BOX 389
    STAMFORD, CONNECTICUT 06904
    (203) 325-4491
    (203) 325-3769 (facsimile)
    dgolub@sgtlaw.com
    jlevine@sgtlaw.com

## **CERTIFICATION**

      I hereby certify that on November 24, 2008, a copy of foregoing Motion For Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                                    /s/
                                      DAVID S. GOLUB ct00145
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
P. O. Box 389
Stamford, CT 06904
Telephone: 203-325-4491
Fax: 203-325-3769
E-mail:  dgolub@sgtlaw.com