## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

SCOTT LEVY, CHRISTOPHER KLUCSARITS
AND MICHAEL SANDERS, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED INDIVIDUALS

      v.                                       Civil No. 3:08 cv 1289 (PCD)

WORLD WRESTLING ENTERTAINMENT, INC.

### __JUDGMENT__

This matter came before the Honorable Peter C. Dorsey, Senior United States District Judge on defendant's motion to dismiss. The Court has reviewed all of the papers filed in conjunction with the motion and on February 23, 2009, entered a Memorandum of Decision granting the relief.

It is therefore ORDERED and ADJUDGED that the Complaint is dismissed in its entirety and the case is closed.

Dated at New Haven, Connecticut, this 24th day of February, 2009.

ROBERTA D. TABORA, CLERK
By

/s/

Patricia A. Villano
Deputy Clerk

EOD: _____